UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELIN BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>BARCLAY'S BANK DELAWARE, et al.,<br><br>        Defendants. | Case No. 15-CV-03052-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendants' Attorneys: Chelsea Diaz (Defendant Capital One Financial Corp.), Lauren Case (Defendant USAA Federal Savings Bank)

     An initial case management conference was held on October 7, 2015. A further case management conference is set for February 4, 2016, at 1:30 p.m., to be held in conjunction with the hearing on Capital One Financial Corp.'s ("Capital One") motion to dismiss. The parties shall file their joint case management statement by January 28, 2016.

     Parties shall serve initial disclosures by October 14, 2015.

     Plaintiff and Defendant Barclay's Bank Delaware shall file a stipulation of dismissal by October 21, 2015.

     Plaintiff and any defendants remaining in the case shall file a stipulated protective order for Judge Grewal's signature by November 4, 2015.

1

Case No. 15-CV-03052-LHK
CASE MANAGEMENT ORDER

Plaintiff shall serve Defendant BBVA Compass Bancshares, Inc. ("BBVA") and file a certificate of service by November 6, 2015. Failure to do so will result in dismissal of BBVA with prejudice.

Plaintiff and Capital One are hereby referred to Early Neutral Evaluation through the Court-sponsored ADR program, with a deadline for completion of January 8, 2016.

There will be no stay or bifurcation of discovery.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | November 30, 2015 |
| Opening Expert Reports | June 1, 2016 |
| Rebuttal Expert Reports | July 1, 2016 |
| Close of Fact and Expert Discovery | July 29, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | August 25, 2016 |
| Hearing on Dispositive Motions | October 6, 2016, at 1:30 p.m. |
| Final Pretrial Conference | December 8, 2016, at 1:30 p.m. |
| Jury Trial | December 19, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated:  October 7, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-03052-LHK
CASE MANAGEMENT ORDER