United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KELIN BROWN,<br><br>      Plaintiff,<br><br>      v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>      Defendants. | Case No. 15-CV-03052-LHK<br><br>**ORDER RE STIPULATION TO FILE A FIRST AMENDED COMPLAINT** |

On February 4, 2016, the Court is scheduled to hold a hearing on Defendant Capital One Bank (USA), N.A.'s motion to dismiss. *See* ECF No. 34. On January 28, 2016, the parties filed a Joint Case Management Statement indicating that the parties anticipate filing a stipulation to permit Plaintiff Kelin Brown to file a First Amended Complaint. ECF No. 55, at 2, 4. The Court ORDERS the parties to file this stipulation by Monday, February 1, 2016, at 11:00 a.m. The motion hearing and case management conference on February 4, 2016, at 1:30 p.m. remain as set.

**IT IS SO ORDERED.**

Dated: January 29, 2016

_____
LUCY H. KOH
United States District Judge